JANET R. JENNINGS, an Infant, by ORMOND N. JENNINGS, Her Guardian ad Litem, Appellant, *v.* ETHEL A. DOYLE, Respondent.

BUEL A. PARADIS, Appellant, *v.* ETHEL A. DOYLE, Respondent.

ETHEL A. DOYLE, Respondent, *v.* BUEL A. PARADIS, Appellant.

Argued May 17, 1943; decided May 27, 1943.

*Kenneth J. Dugan* for motion.
*Edgar S. Knox* opposed.

Motion to dismiss appeal in actions 1 and 3 granted, and appeal dismissed, with costs and ten dollars costs of motion. Motion to dismiss appeal in action 2 denied.